IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR296 |
| vs. | |
| PATRICIA JACOBSEN, | ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |
| Defendant. | |

The defendant appeared before the Court on June 23, 2021 regarding Second Amended Petition for Offender Under Supervision [122]. Richard McWilliams represented the defendant. Crystal Correa represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Amended Petition for Offender Under Supervision [98]. The government's oral motion to dismiss Amended Petition for Offender Under Supervision [98] is granted without objection.

The government moved for detention based upon risk of flight and danger. The defendant requested a continuance of the preliminary and detention hearing. The preliminary and detention hearing is continued to U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on July 14, 2021. The defendant will remain detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 23rd day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge